**08CR 0108**

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE DER-YEGHIAYAN | Sitting Judge if Other Than Assigned Judge | ~~Maria Valdez~~ |
|---|---|---|---|
| CASE NUMBER | 06 GJ 651 | DATE | FEBRUARY 5, 2008 |
| CASE TITLE | US v. LARRY MELVIN, SHAUN CHANEY, MARIA VEGA and MARY DOCHEE | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL AUGUST 2006-2** Session, a quorum being present, returns the above entitled indictment in open court this date before

Judge or Magistrate Judge _Maria Valdez_

**Docket Entry:**

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO ALL DEFENDANTS.

**FILED**
FEB 05 2008     FEB - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                   UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices | | Date mailed notice | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |