**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                     Case No.: 1:08−cr−00108
                                                   Honorable Samuel Der−Yeghiayan

Larry Melvin, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 8, 2008:

     MINUTE entry before Judge Samuel Der−Yeghiayan as to Defendants Larry Melvin, Shaun Chaney, Maria Vega, and Mary Dochee: The parties' request to continue arraignment set for 02/14/08 is granted. Arraignment and plea as to defendants Larry Melvin, Shaun Chaney, Maria Vega, and Mary Dochee is reset to 02/12/08 at 9:45 a.m. Arraignment and plea set for 02/14/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.