# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                     Case No.: 1:08–cr–00108

                                     Honorable Samuel Der–Yeghiayan

Larry Melvin, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 11, 2008:

      MINUTE entry before Judge Samuel Der–Yeghiayan as to defendant Maria Vega : The parties' request to continue arraignment set for 02/12/08 at 9:45 a.m. is granted. Arraignment and plea as to defendant Maria Vega is reset to 02/12/08 at 11:30 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.