UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                          Plaintiff,

v.                                        Case No.: 1:08−cr−00108
                                             Honorable Samuel Der−Yeghiayan

Larry Melvin, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Defendants Maria Vega and Mary Dochee: Status hearing held on 06/11/08. Change of Plea hearing as to Defendants Maria Vega and Mary Dochee set for 08/07/08 at 9:30 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 08/07/08 is granted pursuant to 18 U.S.C. 3161(h)(8)(A)(B) without objections. Conditions of release previously set are to stand until further order of the Court as to Defendants Maria Vega and Mary Dochee. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.