## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 108 - 3 | **DATE** | 8/7/2008 |
| **CASE TITLE** | USA vs. Maria Vega | | |

**DOCKET ENTRY TEXT**

Change of Plea hearing held as to defendant Maria Vega. Defendant enters a plea of guilty as to Count I of the Indictment. Judgment of guilty entered. Enter Plea Agreement. The parties agree to postponement of Defendant's sentence. Status hearing set for 02/25/09 at 9:00 a.m. Conditions of release previously set are to stand until further order of the Court.

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | maw |
|---|---|---|